AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Joseph Herbert Barlow Jr.<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)         20-9 "MAG"<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 19, 2019__ in the parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C., Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

___ Fee _____
X  Process _JCC:USMS_
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Chad Cockerham, FBI Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan. 15, 2020.

_____
*Judge's signature*

City and state: New Orleans, Louisiana   HON. KAREN WELLS ROBY, CHIEF U.S. MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MAGISTRATE NO. 20-9 |
| v. | * | SECTION: "MAG" |
| JOSEPH HERBERT BARLOW JR. | * | |
| | * * * | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Chad Cockerham, being first duly sworn, hereby depose and state as follows:

1. I have been employed with the New Orleans Police Department since January 4, 2009. I am a Task Force Officer with the New Orleans Police Department assigned to the Federal Bureau of Investigation (FBI), and have been since November, 2018. I am currently assigned to the New Orleans Violent Crime Task Force, and as such I investigate, among other things, fugitive matters, bank robberies, extortions and any crimes of violence against people.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant, and does not set forth all of my knowledge about this matter.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that **JOSEPH HERBERT BARLOW JUNIOR**, B/M, born November 15, 1969 (hereinafter "**BARLOW**"), has violated Title 18, United States Code § 2113(a), bank robbery, which was committed by **BARLOW** in the Eastern District of Louisiana on Thursday, December 19, 2019.

## PROBABLE CAUSE

4. On Thursday, December 19, 2019 at approximately 4:06 p.m., within the Eastern District of Louisiana, a bank robbery occurred at the Home Bank located at 5435 Magazine Street, New Orleans, Louisiana, 70115. Home Bank is a financial institution whose deposits were then and are insured by the Federal Deposit Insurance Corporation (FDIC).

5. On Thursday, December 19, 2019 the New Orleans Police Department received a call of a bank robbery at the Home Bank within the Second Police District of New Orleans. The Federal Bureau of Investigations Violent Crime Task force responded to the scene after the notification of the bank robbery. The subject later identified as **BARLOW** approached the teller with his hands in his front pocket of his sweatshirt and stated to the teller "I am here to rob this bank. Do not press and buttons or notify the police. I have a gun so give me all the money". The victim teller believed **BARLOW** was armed at the time complied with his demands. After receiving the money from the teller **BARLOW** exited the bank via the front doors and made good on his escape. The incident was captured on the bank's surveillance system. A Count Cash in a Compartment report showed the drawer was short $6,676.00 after the robbery.

## STATEMENT OF THE VICTIM TELLER

6. On Thursday, December 19, 2019 Witness #1 was interviewed by the Federal Bureau of Investigations. Witness #1 stated he / she was working at the Home Bank at 5435 Magazine Street, New Orleans, Louisiana as a teller. The victim teller was assisting another customer when he / she observed a black male walk into the lobby of the bank. The victim teller stated he / she and the male made eye contact several times while he / she continued to assist a current customer that was in front of him / her. The victim teller stated the male smiled at him / her as he waited in line to approach the counter. The victim teller stated she noticed the male did not remove his hands from the front pocket of his sweatshirt until he began to make his demand for the currency.

7. Once the victim teller's current customer completed her transaction the male subject approached the counter and then leaned forward. The male subject softly stated "I'm here to rob the bank....don't press any buttons or try to notify the police just give me all the money....I have a gun and I will shoot you". The victim teller stated he / she complied with the demands and began to bundle the currency that was in her drawer. The victim teller stated the male stated "make sure you include the one hundred and fifty dollar bills". The victim teller placed the bundle of currency on the counter and the male retrieved the currency and then exited the location.

8. The victim teller described the perpetrator as six feet to six foot four inches in height weighing approximately two hundred and fifty pounds. The victim teller stated the perpetrator was a black male with a bald head and he had facial hair in the area of his chin.

## REVIEW OF HOME BANK SECURITY CAMERAS AND NEARBY CAMERAS

9. On Thursday, December 19, 2019, your affiant reviewed the surveillance video retrieved from Home Bank. A black male with a bald head can be seen standing in the lobby right behind a customer that was being helped at the front counter. A customer at the counter was the only customer in the bank at the time. The male was clad in a blue sweatshirt with unknown words above the numbers 1976 in white stitching. The male was observed to have a white tee shirt on underneath the blue sweatshirt as well as grey jogging pants were observed with an unknown brand pair of tennis shoes on his feet. While the male was waiting in line to approach the counter he was observed to keep his right hand in the pocket of the sweatshirt while he utilized his left hand to wipe his face. Your affiant observed the subject to have a salt and pepper colored goatee which he used his left hand to play with while waiting in line. Once the male approached the counter he began to smile at the victim teller and place his left elbow on the counter as he made his demands to the victim teller. The male then, with his left hand, retrieved the currency the victim teller placed

on the counter and placed the currency in his left pocket while exiting the bank. This subject in the video is believed to be **BARLOW**.

10. Detectives from the Second Police District conducted a neighborhood canvass for surveillance video while members of the FBI Violent Crime Task Force conducted their investigation inside of the Home Bank. Your affiant learned video was ascertained which captured the rear parking lot of the Home Bank. Just prior to the robbery of the bank a red Camaro was observed entering the parking lot and just after the bank robbery this same vehicle is observed leaving the parking lot of the bank.

## LOUISIANA FUSION CENTER

11. On Sunday, December 22, 2019, at 10:14 p.m., your affiant learned the Louisiana Fusion Center distributed a be on the lookout poster for **JOSEPH BARLOW** (B/M, 11/15/69) for his role in armed robberies which occurred in the West Baton Rouge area of the state of Louisiana as well as a bank robbery out of Houston, Texas. Your affiant viewed the flyer and immediately recognized the subject depicted on the poster as the same subject that was observed on the surveillance video of the Home Bank. Your affiant also observed a red Camaro that was depicted on the poster which was registered to **BARLOW** (Louisiana Plate 599 DDI). Based on these facts, your affiant concluded that **BARLOW** was the perpetrator of this incident.

12. Once your affiant learned this information he elected to reach out the Louisiana Fusion Center to conduct a license plate reader inquiry of **BARLOW'S** vehicle. The results of the license plate reader depicted **BARLOW'S** vehicle indicated on the license plate reader at I-10 West at Laplace at 5:15 p.m., on December 19, 2019. This was roughly one hour after the robbery of the Home Bank and was consistent to the time it would take for **BARLOW** to navigate the rush hour traffic from the uptown area of New Orleans through Jefferson Parish and then into Laplace.

## DECEMBER 18, 2019 HOUSTON BANK ROBBERY COMMITTED BY BARLOW

13. Your affiant contacted the Houston Federal Bureau of Investigation (FBI) and learned a bank robbery occurred on Wednesday December 18, 2019, the day before the New Orleans Bank robbery. During the course of this investigation the Houston FBI case agent was able to identify **BARLOW** as the perpetrator of this incident by utilizing the FBI Face Services unit, a section of the FBI which utilizes computerized facial recognition technology to identify individuals. The case Houston FBI agent submitted surveillance still images from the Houston bank robbery. The Face Services Unit returned the result that **BARLOW** was the individual depicted in the images. It was at that time the Houston FBI case agent learned of the red Camaro that was registered to **BARLOW**. A check of license plate readers in the area depicted **BARLOW'S** vehicle a short time after the robbery heading back into Louisiana. A photographic lineup was presented to a witness in the bank and the witness positively identified **BARLOW** as the perpetrator.

14. Your affiant read the factual information of the Houston incident and recognized the similarities to the incident in New Orleans. Each time **BARLOW** entered the financial institution he did not cover his face and would look directly into the surveillance cameras. **BARLOW** would keep his right hand in the front pocket of either the sweatshirt or the jacket he was wearing and conduct all other business with his left hand. These actions were consistent of the two bank robberies. The surveillance footage in both robberies clearly depicted the same subject as the perpetrator of the incidents. Further, the methods used by **BARLOW** in both robberies were practically identical. The surveillance footage in both robberies, clearly depicted **BARLOW** as the perpetrator of the incidents.

## CONCLUSION

15. Based on the above information it is believed that on Thursday, December 19, 2019 at approximately 4:06 p.m., **JOSEPH HERBERT BARLOW JUNIOR** entered the Home Bank located at 5435 Magazine Street, New Orleans, Louisiana, within the Eastern District of Louisiana and did by force, violence and intimidation, knowingly take from the person and presence of another money belonging to and in the care, custody, management and possession of said financial institution the deposits which were insured by the Federal Deposit Insurance Corporation (FDIC) in violation of 18 U.S.C. 2113(a).

_____
Chad Cockerham
Task Force Officer
Federal Bureau of Investigation

Subscribed to and sworn before me,
this _____ day of January, 2020,
in New Orleans, Louisiana.

_____
HONORABLE KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE

6